UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR INDEMNITY & LIABILITY CO.,

                    Plaintiff,                         25 cv 5129 (PKC)

      -against-                                 ORDER

ARCH SPECIALTY INSURANCE CO., et al.,

                    Defendants.

---

CASTEL, U.S.D.J.

       The Court is familiar with the claims in this action. Starr now seeks to compel non-party GNP Brokerage US Inc.to produce additional documents covered by a document subpoena ("GNP") (ECF 45.) GNP opposes the request. (ECF 46.)

       This Court has already ruled that it is "fair game and proportional discovery for Starr to seek policies or other agreements relating to the Project or the loss in the possession or control of Arch, AGL, FLS, and FLS Steel, including any insurance broker to the same." In this context that would include GNP. The Court also required "production of any of the foregoing contractual agreements between and among AGL, FLS, and FLS Steel relating to the Project." The Order of February 17. 2026 (ECF 42) applies to discovery of GNP. Within 14 days, GNP shall provide an affidavit or declaration from a person knowledgeable of the documents possessed by GNP that all such documents have been produced.

       In addition, the Court will require GNP to produce within 14 days documents responsive Items 1 and 6 to the document subpoena of December 19, 2025, together with an affidavit or declaration from a person knowledgeable of the documents possessed by GNP that all such documents have been produced.

All other discovery of GNP, including a deposition of a witness is denied without prejudice. The letter motion at ECF 45 should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 18, 2026