UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR INDEMNITY & LIABILITY COMPANY,

Plaintiff,

25 cv 5129 (PKC)

-against-

ORDER

AXIS SUPLUS INSURANCE COMPANY, et al.,

Defendants.

---

CASTEL, U.S.D.J.

Based upon the representations of Mr. Maloney, I will allow a Rule 30(b)(6) deposition pursuant to a non-party subpoena served on GNP. The deposition shall be under a protective order limiting its use to supporting or defending the existing claims of the parties to this action and for no other purpose.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 28, 2026